UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DOUGLAS LINCOLN, JR.,

    Plaintiff,

v.                                Case No.:    5:25-cv-343-SPC-PRL

UNITED STATES HOMELAND
PRISONER TRANSPORT LLC,

    Defendant.
_____/

### ORDER

This civil rights action, initiated by pro se Plaintiff Douglas Lincoln, Jr., was transferred to this Court from the United States District Court for the Northern District of Texas. (Doc. 21). In an order dated July 17, 2025, the Court directed Lincoln to complete the requisite service forms and submit service copies of his second amended complaint within 21 days. (Doc. 24). The order stated, "Failure to return the completed forms and service copies within this time period will result in dismissal for failure to prosecute, without further notice." (*Id.*) Lincoln failed to timely comply. In an order dated August 20, 2025, the Court ordered Lincoln to show cause within 14 days why this cause should not be dismissed for failure to prosecute. (Doc. 25). The order again cautioned, "Failure to respond to this Order to Show Cause will result in the dismissal of this case without further notice." (*Id.*) (emphasis in

original).  Lincoln has failed to timely respond to the Order to Show Cause.

Due to Lincoln's failure to comply with the Court's Orders and failure to prosecute this action, the Court determines that dismissal of this action without prejudice is appropriate.  *See* M.D. Fla. R. 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.").

Accordingly, it is now

**ORDERED:**

1. This above-captioned action is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

2. The Clerk is **DIRECTED** to enter judgment, terminate any pending motions and deadlines, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on September 12, 2025.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA:   OCAP-2
Copies: Plaintiff